1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS EUGENE MOORE, | ) | No. C 12-1759 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| D. BRAD CAMPBELL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has dismissed the instant action.  A judgment of dismissal is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: ___7/31/12___

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.12\Moore759jud.wpd