IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE,         )<br>                                                          )<br>           Plaintiff,                       )<br>                                                          )<br>   v.                                                   )<br>                                                          )<br>D. BRAD CAMPBELL,                 )<br>                                                          )<br>           Defendants.                  )<br>_____) | No. C 12-1759 LHK (PR)<br><br>JUDGMENT |

   The Court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

   IT IS SO ORDERED.

DATED:    7/31/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.12\Moore759jud.wpd